1
2
JS-6

3
4
5
6
7            UNITED STATES DISTRICT COURT
8            CENTRAL DISTRICT OF CALIFORNIA
9

10  ROY DAVIS GASH,  
                Plaintiff,  
11       v.  

12  THE A. C. HOUSTON LUMBER  
    COMPANY; And DOES 1 THROUGH 10,  
13  Inclusive  
14                Defendants.

Case No.: EDCV 09-00843 VAP (OPx)

ORDER FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

[Fed.R.Civ.P. Rule 41(a)(2)]

15
16
17
18
19
20
21
22
23
24
25  ///
26  ///
27  ///
28

1    Case Number: EDCV 09-00843 VAP (OPx)

Document Date: July 23, 2009

1  **Having considered the Joint Motion of the parties to dismiss this action pursuant**
2  **to FRCP 41(a)(1)(A)(ii) and finding good cause therefor, this Court hereby orders**
3  **as follows:**
4
5  **The Joint Motion of the parties to dismiss plaintiff's claims with prejudice is**
6  **hereby granted. Pursuant to FRCP 41(a)(1)(A)(ii), the Plaintiff's claims are hereby**
7  **dismissed with prejudice. The entire case is dismissed with prejudice, each party**
8  **to bear its own legal fees, litigation expenses and costs.**
9
10 Dated: August 23, 2009
11                                     HONORABLE  VIRGINIA A. PHILLIPS
                                       UNITED STATES DISTRICT JUDGE

2   Case Number: EDCV 09-00843 VAP (OPx)

Document Date: July 23, 2009